IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-00384-01-CR-W-RK |
| ) | |
| MARK ANTHONY JACKSON, JR., ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER

Pending before the Court is Defendant's Motion to Suppress Evidence (doc. 23). Defendant seeks to suppress all evidence and testimony concerning items recovered from defendant at the Greyhound Bus Station on November 16, 2015 and all statements made to TFO Errol Riggins and Detective Antonio Garcia or any officer, which the defendant asserts were taken in violation of his rights pursuant to the Fourth and Fifth Amendments to the United States Constitution. United States Magistrate Judge John T. Maughmer conducted an evidentiary hearing on defendant's motion on June 14, 2016.

On August 10, 2016, Judge Maughmer issued his Report and Recommendation (doc. 38). Defendant filed his Objections to the Report and Recommendation on August 24, 2016 (doc. 39).

Upon careful and independent review of the pending Motion to Suppress, defendant's Objections to the Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that defendant's Motion to Suppress Evidence (doc. 23) is DENIED.

SO ORDERED.

                                                                        s/ Roseann A. Ketchmark
                                                                         ROSEANN A. KETCHMARK, JUDGE
                                                                           UNITED STATES DISTRICT COURT

DATED: September 16, 2016